UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:15-cr-71-T-17MAP

JOSEPH L. PASQUALE

### VERDICT

1. **Count One of the Superseding Indictment**

   As to the offense of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349,

   We, the Jury, find the defendant, JOSEPH L. PASQUALE:

   Guilty __X__          Not Guilty _____

2. **Count Two of the Superseding Indictment**

   As to the offense of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2,

   We, the Jury, find the defendant, JOSEPH L. PASQUALE:

   Guilty __X__          Not Guilty _____

3. **Count Three of the Superseding Indictment**

   As to the offense of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2,

   We, the Jury, find the defendant JOSEPH L. PASQUALE:

   Guilty __X__          Not Guilty _____

4. **Count Four of the Superseding Indictment**

   As to the offense of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2,

   We, the Jury, find the defendant JOSEPH L. PASQUALE:

   Guilty __X__          Not Guilty _____

5. **Count Five of the Superseding Indictment**

   As to the offense of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2,

   We, the Jury, find the defendant JOSEPH L. PASQUALE:

   Guilty __X__          Not Guilty _____

SO SAY WE ALL, this 8th day of January, 2016.

12:40 pm

_____
FOREPERSON

2