UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      Case No. 8:15-cr-71-T-17MAP

JOSEPH L. PASQUALE

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States of America's motion for a forfeiture money judgment [DKT. 94] against the defendant in the amount of $901,741.00.

Being fully advised of the relevant facts, the Court hereby finds that at least $901,741.00 in proceeds was obtained from the conspiracy to commit bank fraud and the bank fraud scheme for which the defendant was found guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with co-conspirator Brendan Bolger (*U.S. v. Bolger*, Case No. 8:14-cr-326-T-23MAP) and any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $901,741.00.

It is FURTHER ORDERED that, this order shall become a final order of forfeiture as to the defendant at sentencing.

CASE NO. 8:15-CR-71-T-17MAP

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this \_\_\_1st\_\_\_ day of \_\_\_MARCH\_\_\_, 2016.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record