UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.   CASE NO. 8:15-CR-71-T-17MAP

JOSEPH L. PASQUALE.

_____/

ORDER

This cause is before the Court on:

Dkt. 145    Motion to Amend Pre-Sentencing Report

Defendant Joseph L. Pasquale, pro se, requests an Order instructing the United States Probation Office to amend the PSR to reflect Defendant Pasquale's alcohol abuse.

After consideration, the Court denies Defendant Pasquale's Motion. Only the United States Probation Office may amend the PSR. If Probation chooses to do that, Probation may send the amended PSR to the Court, requesting amendment to "Recommendations" by the Court to include the 500 hour substance abuse counseling. Defendant Pasquale shall direct his request to the United States Probation Office. Accordingly, it is

**ORDERED** that Defendant Pasquale's pro se Motion to Amend Pre-Sentencing Report (Dkt. 145) is **denied**; Defendant Pasquale **shall direct** his request to the United States Probation Office. The Clerk of Court shall provide a copy of this Order to pro se Defendant Pasquale by U.S. Mail.

Case No. 8:15-CR-71-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 16th day of February, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office

Joseph A. Pasquale
33802-018
Federal Prison Camp
P. O. Box 2000
Lewisburg, PA   17837